# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. COLLADO, <br>                            Plaintiff, <br> vs. <br> LOURDES MARIA MIRANDA AYALA, et al., <br>                            Defendants. | CASE NO. 19cv2120-LAB (AGS) <br><br> **ORDER OF DISMISSAL** |

On November 8, 2019, the Court granted Plaintiff John T. Collado's Motion to Proceed IFP, screened his complaint under 28 U.S.C. § 1915(e), and dismissed for various pleading deficiencies, including improper joinder of unrelated defendants, failure to state a claim, and lack of jurisdiction. The Court invited Collado to amend if he could fix the various deficiencies identified, and he has now attempted to do so.[1] Unfortunately, his new pleading fares no better than the first and must also be dismissed.

First, Collado still improperly names unrelated defendants for unrelated torts. Although the Court was clear in its previous order that Collado would need to limit the claims in his complaint to a single incident and/or a single defendant, Collado's First Amended Complaint still runs afoul of this rule. One of his claims, for example, is against an individual named David Phillips, who Collado accuses of pulling a handgun on him. Another involves

---

[1] Collado's filing takes the form of an un-captioned letter to the Court. The Court construes this as his First Amended Complaint.

- 1 -

a woman named Lourdes Ayala who engaged in "unwomanlike behavior." The Court can discern no common link between the defendants that would allow them to be named in the same suit.

Further, Collado has not shown the Court has jurisdiction over this matter. Diversity jurisdiction is lacking because Collado and at least one of the defendants appear to be California citizens. Federal question jurisdiction is lacking because the various claims in the complaint sound in tort and do not appear to implicate federal law.

In short, Collado has not corrected the various issues the Court identified with his original complaint. Because it appears further amendment would be futile, this case is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**. Collado may attempt to refile his suit in state court or in another court where jurisdiction is proper, but no further filings will be entertained in this case. The clerk is directed to enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 18, 2019

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge